UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------- X
ALLSTATE INSURANCE COMPANY, ET AL.,

                            Plaintiffs,

      -against-

QBS, SOLUTIONS INC., ET AL.,

                          Defendants.

----------------------------------------------------------------------- X

1:21-CV-3530
(FB) (RLM)

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants John Does 1 through 5 and ABC Corporations 1 through 5 ("Defendants").

Dated: July 12, 2022
        New York, New York

Respectfully submitted,

**MORRISON MAHONEY LLP**

By:   /s/ Lee Pinzow
Robert A. Stern, Esq.
James A. McKenney, Esq.
Lee Pinzow, Esq.
*Counsel for Plaintiffs*
Wall Street Plaza
88 Pine Street, Suite 1900
New York, New York 10005